# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH PATTON, ) | |
| Petitioner, ) | 2:12-cv-01437-JCM-GWF |
| vs. ) | **ORDER** |
| STATE OF NEVADA, *et al.*, ) | |
| Respondents. ) | |

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Respondents filed a motion to dismiss on June 14, 2013. (ECF No. 23). Petitioner has filed a motion for an extension of time in which to file a response to the pending motion to dismiss in this action. (ECF No. 25). Although petitioner seeks a 90-day extension of time in his motion, it is generally the practice of this court to allow extensions of time in 30-day increments, barring special circumstances. Having reviewed the motion and good cause appearing, petitioner is granted 30 days from the date of service of this order in which to file his response to the motion to dismiss. If additional time is necessary, petitioner may apply for another extension of time at a later date.

1  **IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file a response to the pending motion to dismiss (ECF No. 25) is **GRANTED IN PART.** Petitioner's response to the motion to dismiss shall be filed within **thirty (30) days** from the date of service of this order.

Dated July 1, 2013.

_____
UNITED STATES DISTRICT JUDGE