# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KENNETH PATTON,

    Petitioner,

vs.

STATE OF NEVADA, *et al.*,

    Respondents.

Case No. 2:12-cv-01437-JCM-GWF

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. Petitioner has filed a motion requesting the clerk of court to provide him with copies of documents filed at ECF No. 7-2 to 7-9, which includes 848 pages of documents that were attached to his petition. (ECF No. 41). Petitioner claimed that he needed the copies in order to reply to respondents' answer. Since the filing of petitioner's motion seeking documents, petitioner has filed a 93-page reply to respondents' answer. (ECF No. 43). Accordingly, petitioner's motion for documents is denied.

    **IT IS THEREFORE ORDERED** that petitioner's motion for documents (ECF No. 41) is **DENIED.**

Dated March 9, 2015.

UNITED STATES DISTRICT JUDGE